AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BROWN, JR., GARRETT E | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>CLARKSON S. FISHER COURTHOUSE<br>402 E. STATE STREET<br>TRENTON, NEW JERSEY 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT PROFESSOR | SETON HALL UNIVERSITY SCHOOL OF LAW |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 22 A 10: 43 DISCLOSURE OFFICE FINANCIAL

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | SETON HALL UNIVERSITY SCHOOL OF LAW | $ 24,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ▄▄▄▄▄▄▄▄▄ |
| 2. 2007 | ▄▄▄▄▄▄▄▄▄ |
| 3. 2007 | ▄▄▄▄▄▄▄▄▄ |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/23 - 3/24/07 | N.Y.C. | MEETING | TRAVEL, FOOD AND LODGING |
| 2. | INTL. QUALITY & PRODUCTIVITY CENTER | 3/27-3/29/07 | N.Y.C. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |
| 3. | NEW JERSEY STATE BAR ASSOCIATION | 5/17-5/18/07 | ATLANTIC CITY, N.J. | PRESENTER -ANNUAL MEETING | TRAVEL, FOOD AND LODGING |
| 4. | INTELLECTUAL PROPERTY OWNERS ASSOCIATION | 9/10-9/11/07 | N.Y.C. | PRESENTER/PANELIST | TRAVEL, FOOD AND LODGING |

| 5. | INTL. QUALITY & PRODUCTIVITY CENTER | 9/25-9/26/07 | N.Y.C. | PRESENTER/ PANELIST | TRAVEL, FOOD AND LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Acct., PNC Bank, Moorestown, N.J. | A | Int./Div. | J | T | | | | | |
| 2. MSDW Liquid Asset Fund | A | Int./Div. | J | T | Closed Acct. | 8/28 | J | | |
| 3. MSDW U.S. Govt. Secur. (IRA) | A | Dividend | K | T | | | | | |
| 4. MSDW Dividend Growth Secur. Trust B (IRA) | A | Dividend | K | T | Sold | 9/18 | J | A | |
| 5. MSDW U.S. Govt. Secur. (IRA) | A | Dividend | | | Sold | 12/14 | K | A | |
| 6. MSDW Liquid Assets Fund (IRA) | A | Int./Div. | J | T | Closed Acct. | 8/24 | J | | |
| 7. MSDW Dividend Growth | B | Dividend | J | T | Sold | 9/18 | J | A | |
| 8. MSDW European Growth (IRA) | A | Dividend | J | T | Sold | 9/18 | J | | |
| 9. MSDW Amer. Opportunity Fund (IRA) | | None | K | T | Sold | 9/18 | K | A | |
| 10. Prudential Financial Common Stock | A | Dividend | | | Sold | 1/7 | K | E | |
| 11. Prudential Insurance - Whole Life Policy | | None | K | T | | | | | |
| 12. AGE Bank Deposit Program | A | Interest | J | T | Opened Acct. | 8/28 | J | | |
| 13. First Trust Unit 1470 | A | Dividend | K | T | Bought | 9/28 | K | | |
| 14. VanKampen Unit Trust | | None | K | T | Bought | 12/13 | K | | |
| 15. IVY Fund GBL Nat. Res. | A | Dividend | L | T | Bought | 9/26 | K | | |
| 16. Bank Acct. Commerce Bank,Cherry Hill, NJ | B | Interest | L | T | Opened Acct. | 7/6 | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, JR., GARRETT E | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

IV.  REIMBURSEMENTS

6.  INTL. QUALITY &
    PRODUCTIVITY CENTER    11/14-11/15  N.Y.C. Presenter/Panelist   TRAVEL, FOOD AND LODGING

7.  AMERICAN CONFERENCE
    INSTITUTE         12/13-12/14  N.Y.C. Presenter/Panelist   TRAVEL, FOOD AND LODGING

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544